IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION<br>)<br>) NO. 25 C 1164 |
| vs. | )<br>) JUDGE JOAN B. GOTTSCHALL |
| PEET FRATE LINE, INC., an Illinois corporation, | )<br>) |
| Defendant. | ) |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, PEET FRATE LINE, INC., an Illinois corporation, in the total amount of $83,773.98, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $4,205.50.

On February 4, 2025, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Jonathan Karnan, Law Partner) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on February 25, 2025. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/    Destiny A. Collins

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6343296
Telephone:   (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

i:\705p\peet frate lines inc\motion for default and judgment.dac.df.docx

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 31st day of March 2025:

  Mr. Mark S. Saladin, Registered Agent
  Peet Frate Line, Inc.
  40 Brink Street
  Crystal Lake, IL 60014-4371


     /s/ Destiny A. Collins


Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6343296
Telephone: (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

i:\705p\peet frate lines inc\motion for default and judgment.dac.df.docx