## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Local 705 International Brotherhood of Teamsters Pension Fund, et al.

          Plaintiff,

v.           Case No.: 1:25−cv−01164

          Honorable Joan B. Gottschall

Peet Frate Line, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2025:

    MINUTE entry before the Honorable Joan B. Gottschall: The parties' joint agreed motion [20] to enter and continue plaintiffs' motion [7] for default judgment while they attempt to settle this case is granted. Plaintiffs' motion [7] for default judgment and defendant's motion [19] for leave to file an answer are entered and continued to and including the next status report deadline of May 13, 2025.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.