IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| PEET FRATE LINE, INC., an Illinois corporation, | ) ) |
| Defendant. | ) |

CIVIL ACTION

NO. 25 C 1164

JUDGE JOAN B. GOTTSCHALL

**STIPULATION OF DISMISSAL**

Plaintiffs, Local 705 International Brotherhood of Teamsters Pension Fund, *et al.*, and the Defendant, Peet Frate Line, Inc., an Illinois corporation, acting through their respective attorneys, and, as of right in accordance with Rule 41(a)(1)(ii), of the Federal Rules of Civil Procedure, hereby dismiss this action without prejudice pursuant to the execution of a Settlement Agreement. A true and correct copy of the Settlement Agreement and Release is attached to this Stipulation of Dismissal, and is incorporated by reference. Plaintiffs request that this Court, consistent with Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82, 114 S. Ct. 1673, 128 L. Ed. 391 (1994), retain jurisdiction of this case solely to enforce the incorporated Settlement Agreement and Release in the event that Defendant breaches the Settlement Agreement in the matter described in Section 6 therein.

DATE:      June 20, 2025            /s/   Destiny A. Collins

DATE:      June 20, 2025            /s/   James Chivilo

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6343296
Telephone:  (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com


James P. Chivilo
Attorney for the Defendant
Holland & Knight LLP
150 N. Riverside Plaza, 27th Floor
Chicago, IL   60606
Telephone:  (312) 715-5895
E-Mail;  james.chivilo&hklaw.com

I:\705p\Peet Frate Line Inc\Final Stipulation of Dismissal 6.20.25 dac.docx