IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 25 C 1164 |
| | ) | JUDGE JOAN B. GOTTSCHALL |
| PEET FRATE LINE, INC., an Illinois corporation, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION IN SUPPORT OF ENTRY OF JUDGMENT**

Plaintiffs, LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND, *et al.*, by their attorneys, move this Court for entry of judgment against Defendant, PEET FRATE LINE, INC., an Illinois corporation. In support of this Motion, Plaintiffs state:

1. On June 30, 2025, an Amended Stipulation of Dismissal incorporating the terms for settlement agreed to and stipulated by the parties with the attached Settlement Agreement and Release was filed with the Court (a copy of the Amended Stipulation to Dismiss and Settlement Agreement and Release is attached as Exhibit A).

2. On June 30, 2025, Plaintiffs filed an Agreed Motion for Entry of Agreed Order of Dismissal with the Court [Dkt. 32].

3. On July 2, 2025, the parties' Agreed Motion for voluntary dismissal was granted [Dkt. 33].

1

4.      Pursuant to Schedule A of the Settlement Agreement and Release, Defendant would make several initial payments and then begin the 10-month payment schedule on September 25, 2025.

5.      On June 27, 2025, Defendant paid $6,451.94. Defendant failed to pay the second payment of $13,588.17 and the third payment of $13,588.17, which was due on August 26, 2025.

6.      Since Defendant breached the terms of the Settlement Agreement and Release, Defendant not only owes the second and third initial payments of $13,588.17 each due on July 27, 2025 and August 26, 2025, but also the full amount due and owing on the 10-month payment schedule, being $54,351.20.

7.      Further, Defendant owes $10,000.00 for liquidated damages, which was agreed to by the parties in the event of Defendant's default under the terms of the Settlement Agreement pursuant to Paragraph 6.

8.      Defendant also agreed to timely remit its monthly fringe benefit contribution reports and the contributions due thereon during the 10-month payment schedule.

9.      Pursuant to the terms of the Settlement Agreement and Release, if the event Defendant breaches the Agreement, the full amount of unpaid payments will be immediately due and payable and the Defendant will be liable to Plaintiffs for damages arising from its breach, including any attorneys' fees and costs incurred in connection with enforcing the Agreement.

10.     Pursuant to Paragraph 6 of the Settlement Agreement and Release, the Defendant consented to entry of judgment. Additionally, Plaintiffs would be entitled to enforce the Settlement Agreement and Release or any other statutory or contractual rights they may have against the Defendant relating to enforcement of the Settlement Agreement and Release resulting

from Defendant's breach for failure to make payments with the only defense the Defendant may raise is the defense of payment.

11. On August 22, 2025, Plaintiffs filed its Motion to Reopen Case for the Limited Purpose of Enforcing the Terms of the Settlement Agreement and Release and Entering Judgment Against Defendant (a copy of the Motion to Reopen Case for the Limited Purpose of Enforcing the Terms of the Settlement Agreement and Release and Entering Judgment Against Defendant is attached as Exhibit B).

12. On February 5, 2026, the Court granted Plaintiffs' Motion and ordered Plaintiffs to provide evidence supporting the amounts they are claiming as due and owing from Defendant by February 19, 2026 (a copy of the Notification of Docket Entry issued on February 5, 2026 [Dkt. 41] is attached as Exhibit C).

13. Defendant owes the total amount of $91,527.54 due pursuant to the terms of the Settlement Agreement and Release.

14. In addition, Plaintiffs' firm has expended $555.00 for costs and $12,632.75 for attorneys' fees in this matter. (See Affidavit of Stephen J. Rosenblat).

15. Based upon the documents attached hereto, Plaintiffs request entry of judgment against Defendant in the total amount of $104,715.29.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment against Defendant in the amount of $104,715.29.

/s/ Destiny A. Collins

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6343296
Telephone:   (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

i:\705p\peet frate line inc\motion in support of entry of judgment.dac.df.docx

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Plaintiffs' Motion in Support of Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>9th</u> day of <u>February 2026</u>:

      Mr. Mark S. Saladin, Registered Agent
      Peet Frate Line, Inc.
      40 Brink Street
      Crystal Lake, IL    60014-4371

      Ms. Colleen M. Mullen, Vice President
      Peet Frate Line, Inc.
      PO Box 1129
      Woodstock, IL    60098-1129
      cmullen@peetfrateline.com

                /s/    Destiny A. Collins

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6343296
Telephone:  (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

i:\705p\peet frate lines inc\motion for default and judgment.dac.df.docx